IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10–0780–cv–MJR–DGW |
| | ) |
| JEFF BLAIR, BRIAN ZYWICKI, MIKE ORIGLIOSSO, AND DAVID MATEVY, | ) ) |
| | ) |
| Defendants. | ) |

# ORDER REASSIGNING CASE

**REAGAN, District Judge:**

On October 6, 2010, Plaintiff Kathy Williams filed the above-captioned action and it was randomly assigned to the undersigned District Judge. A review of the pleadings indicates that this action is closely related to Case No. 10-cv-0722-JPG, currently assigned to the Honorable J. Phil Gilbert. Specifically, these cases involves the same issues and events, the same counsel, and the same defendants; but were filed by two different plaintiffs.

The Seventh Circuit has recognized that related cases filed within the same United States District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). After consultation with Judge Gilbert, the undersigned Judge hereby **TRANSFERS** this case to Judge Gilbert for further proceedings. Counsel shall style all future pleadings herein with the suffix "-JPG" rather than the suffix "-MJR."

**IT IS SO ORDERED.**

DATED November 23, 2010

/s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge