IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSALYN GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BLAIR, BRIAN ZYWICKI., MIKE ORIGLIOSSO and DAVE MATEVEY,<br><br>    Defendants. | Case No. 10-cv-772-JPG-PMF<br><br><br><br><br><br>Consolidated with |
| KATHY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BLAIR, BRIAN ZYWICKI., MIKE ORIGLIOSSO and DAVE MATEVEY,<br><br>    Defendant. | Case No.10-cv-780-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the motion of the defendants in both of the aforecaptioned cases to consolidate those cases (Doc. 5, Case No. 10-cv-772-JPG-PMF; Doc. 8, Case No. 10-cv-780-JPG-DGW). Neither plaintiff has responded to the motion in her respective case.

Rule 42(a) allows the Court discretion to consolidate cases that involve a common question of law or fact. The two cases at issue involve the same basic set of facts – the nearly simultaneous arrests of the plaintiffs on August 13, 2009, after a traffic stop of the vehicle in which they both were riding – and the same theories under 42 U.S.C. § 1983 for violations of the Fourth, Sixth and Fourteenth Amendments. In addition, the defendants are the same in both cases, and the respective sides of each case are represented by the same attorneys. In light of these common issues of law and fact, the Court believes it would be more efficient to consolidate

this case and decide those common issues in a common proceeding.

For these reasons, the Court **GRANTS** the motions to consolidate (Doc. 5, Case No. 10-cv-772-JPG-PMF; Doc. 8, Case No. 10-cv-780-JPG-DGW) and **CONSOLIDATES** *Williams v. Blair*, Case No. 10-cv-780-JPG-DGW, into *Graham v. Blair*, Case No. 10-cv-772-JPG-PMF. Magistrate Judge Frazier shall be the magistrate judge assigned to the consolidated case. All future filings shall bear the consolidated caption used in this order and shall be filed only in *Graham*.

**IT IS SO ORDERED.**
**DATED: December 13, 2010**

                s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**