UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSALYN GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER BLAIR, BRIAN ZYWICKI, MIKE ORIGLIOSSO and DAVE MATEVEY, <br><br> Defendants. | Case No. 10-cv-772-JPG-PMF |
| KATHY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER BLAIR, BRIAN ZYWICKI, MIKE ORIGLIOSSO and DAVE MATEVEY, <br><br> Defendants. | Case No. 10-cv-780-JPG-PMF |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

                                        **NANCY J. ROSENSTENGEL,** Clerk of Court
                                        s/Jina Hoyt, Deputy Clerk

**Dated:  December 27, 2012**


**Approved:**   s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**